**DISMISS and Opinion Filed January 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01025-CV**

**TIZITA BELAY, Appellant**
**V.**
**ASHENAFI ESHETU, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-55269-2019**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Garcia

Tizita Belay filed a timely notice of appeal, making the appellate record due on December 27, 2021. When it was not filed, we notified the district clerk and directed her to file the clerk's record within thirty days. Several days later, the district clerk provided written verification that appellant had not paid for the clerk's record.

By postcard dated January 4, 2022, we directed appellant to provide us with written verification she had paid or made arrangements to pay for the clerk's record. We cautioned appellant that the failure to provide the requested documentation within ten days could result in the appeal being dismissed. *See* TEX. R. APP. P.

37.3(b), 42.3(b), (c). To date, appellant has not responded, and the clerk's record has not been filed.

Under these circumstances, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

211025F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIZITA BELAY, Appellant

No. 05-21-01025-CV          V.

ASHENAFI ESHETU, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas Trial Court Cause No. 296-55269-2019.

Opinion delivered by Justice Garcia. Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED** for want of prosecution.

Judgment entered January 26, 2022